

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Clerk's Office

RE:  Lisa Marie Smith v. SSA

CASE NO.  7:21-cv-5-REW

This is to advise you the attached Standing Order is herewith entered in this record.  On July 28, 2021 the defendant filed the answer and a certified copy of the transcript of the administrative record.

Robert R. Carr, Clerk

BY:  *Tara Adkins*

Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

**GENERAL ORDER 13-7**

FILED
October 24, 2013

In re: Social Security Actions	)
	)
	)	**STANDING SCHEDULING**
	)	**ORDER**
	)
	)
	)
	)
	)

\*\*\* \*\*\* \*\*\* \*\*\*

The Court enters this general order for all social security actions. Pursuant to Local Rule 83.11(c), judicial review will be on written motion. It is **ORDERED** as follows:

(1) Once the defendant has filed an answer and a certified copy of the transcript of the administrative record, the plaintiff must move for summary judgment or judgment on the pleadings within sixty (60) days. The plaintiff shall include a supporting memorandum that does not exceed 15 pages in length.

(2) The Commissioner must file a counter-motion or a response to the plaintiff's motion for summary judgment within thirty (30) days of the filing of the plaintiff's motion for summary judgment or judgment on

  the pleadings. The Commissioner's counter-motion or response shall not exceed 15 pages in length.

(3)  Motion practice shall be governed by Local Rule 7.1 except as otherwise provided in this order.

  (a)  **The Court shall deem a failure to respond to a motion in a timely fashion as a waiver and/or admission of its contents.** *See Humphrey v. U.S. Attorney Gen. Office*, 279 Fed. App'x. 328, 331 (6th Cir. 2008).

  (b)  **Issues Presented.** In order to assist the Court in understanding the plaintiff's claims, any motion for summary judgment or judgment on the pleadings **SHALL** include a statement of the legal arguments presented at the beginning of the motion. The statement shall set forth the plaintiff's arguments in a numbered list. [For example: (1) The ALJ improperly discounted the opinion of the treating physician.] The Court will consider only the arguments listed and will not formulate arguments on the parties' behalf. Failure to submit such a statement may constitute grounds for denial of the motion.

  (c)  **Specific Citations to the Record.** The parties shall provide the Court with specific page citations to the administrative record to

support their arguments. The Court will not undertake an open-ended review of the entirety of the administrative record to find support for the parties' arguments. *See Hollon ex rel. Hollon v. Comm'r of Soc. Sec.*, 447 F.3d 477, 491 (6th Cir. 2006). Failure to provide specific citations to the record may constitute grounds for denial of the motion.

(4) Extensions of time, expansions of page limitations, or permission to file additional briefs may be granted only if good cause is shown.

(5) Nothing in this Order shall preclude the presiding judge from hearing oral argument.

(6) Effective immediately, the Clerk shall file a copy of this Order in all social security actions upon the filing of the answer and administrative transcript.

(7) This General Order supersedes General Order 09-13 filed on November 6, 2009.

Dated this 24th day of October, 2013.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY